## HINKLEY v. INSURANCE COMPANY.

Jan. 20. PLAINTIFF's commission having been returned with the last general interrogatory unanswered,

G. W. Biddle, for plaintiff, moved to have it returned, that an answer might be taken; notice having been given to the counsel of defendant.

PER CURIAM.—Rule absolute.